No. 7,279.—STATE, Respondent, *v.* PAUL CASE, Appellant.

Decided May 9, 1934.

PER CURIAM.—Respondent's motion to dismiss the appeal herein for laches is sustained, and the attempted appeal is ordered dismissed.

*Mr. Raymond T. Nagle,* Attorney General, *Mr. Jeremiah J. Lynch,* First Assistant Attorney General, and *Mr. C. W. Demel,* County Attorney of Yellowstone County, for the State.

*Mr. M. J. Lamb* and *Mr. H. C. Crippen,* for Defendant.